IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01022-CMA-KLM

FREVELYN CONCORDIA,

Plaintiff

v.

JEFFERSON COUNTY SCHOOL DISTRICT NO. R-1

Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Frevelyn Concordia, by and through her counsel, hereby gives notice of the voluntary dismissal of this action with prejudice. Each party shall be responsible for her or its respective costs and attorney's fees.

Respectfully submitted this 4th day of August, 2021,

*Counsel for Plaintiff*

/s/ David J. Meretta
David J. Meretta
Miller & Law, P.C.
1900 W. Littleton Blvd.
Littleton, CO 80120
(303) 722-6500
(303) 722-9270 fax
djm@millerandlaw.com

## CERTIFICATE OF SERVICE

      A true and accurate copy of the foregoing Notice was submitted via email and via CM/ECF on this 4th day of August 2021 upon the following counsel who has appeared for the Defendant:

David M. Strachan, Esq.
3107 Iris Avenue, Ste. 100
Boulder, CO 80301
dstrachan@celaw.com
*Attorneys for Defendant*

                                          **By: /s/ Shannon B. Durbin**
                                                Miller & Law, P.C.